UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In the Matter of:

NACEY L. MEEKS

CASE NO. 16-82841
CHAPTER 12

DEBTOR

## MOTION TO DISMISS CASE

Comes Linda B. Gore, Standing Trustee in the above chapter 12 case, and respectfully represents unto this Court, the matters hereinafter checked and moves the Court to dismiss this case out of Court :

1. ( ) (a) Debtor did not commence making the payments proposed by the plan within 30 days after the plan was filed or having commenced payments has failed to continue making such payments. see sec. 1326(a) (1).

   ( ) (b) Debtor did not appear and submit to examination under oath at the meeting of creditors, as required by sec. 343, or at any rescheduled meeting.

2. Debtor is in material default with respect to the terms of the plan or order confirming it, as follows:

   (X) (a) Debtor has failed to make payments to the Trustee as required.

   ( ) (b) Debtor has incurred debts without prior approval of the Trustee.

   ( ) (c) Debtor has failed to pay taxes which have accrued post petition and for which claims have been filed and are due to be allowed but which cannot be paid under the confirmed plan, and the debtor has failed to modify the plan to provide for payment of said claims.

   ( ) (d) There appears to be an arrearage in post petition payments which were to be paid by the debtor or by a third party directly to:

   ( ) (e)

3. ( ) (a) Debtor has failed to file reports as required by sec. 1304 (c).

4. ( ) (a) At a hearing on ___, the Court denied confirmation of the debtor's plan.

5. ( ) (a) The plan will not pay out on time.

\*\* Sections refer to Title 11, United States Code.

Case 16-82841-CRJ12    Doc 118    Filed 02/18/20    Entered 02/18/20 14:26:34    Desc
Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In the Matter of:

NACEY L. MEEKS

DEBTOR

CASE NO. 16-82841
CHAPTER 12

## MOTION TO DISMISS CASE

### CASE INFORMATION

| | |
|---|---|
| Employer (D) | : |
| Employer (JD) | : |
| Paid | : $16,592.83 |
| Owes | : $20,902.42 |
| Last Amount Paid | : $568.33 |
| Amount Delinquent | : $5,904.32 |

Last Date Paid : 02/19/2019
Next Payment Due: 11/17/2020

### VERIFICATION AND CERTIFICATE OF SERVICE

I, Linda B. Gore, declare, under the penalty of perjury, that the foregoing information on the payments by the debtor to me is reflected in my official records as Standing Chapter 12 Trustee and is true and correct and that a copy of the foregoing Motion to Dismiss has been duly served via U.S. mail to the Debtor's name and address listed below, and to the debtor's Attorney of Record, STUART MAPLES via electronic mail at __smaples@mapleslawfirmpc.com_____.

Debtor: NACEY L. MEEKS
535 COUNTY ROAD 134
PISGAH, AL 35765

_____
Standing Chapter 12 Trustee
Linda B. Gore,
P. O. BOX 1338
GADSDEN, AL 35902-1338
(256) 546-9262

Done this the 18th day of February, 2020